# PHYSICAL MEDICINE AND REHABILITATION ASSOCIATES

PHYSICAL MEDICINE                     PHONE (630) 556-9900
& REHABILITATION                      FACSIMILE (888) 328-2601
ELECTROMYOGRAPHY

OFFICE ADDRESS:
BLUFF CREEK                           ROBERT E. EILERS, M.D., FAAPM&R
45W699 JETER ROAD                     email: contact@pmrassociates.org
BIG ROCK, ILLINOIS 60511

## EVALUATION

RE: KOENIG, RYAN
DOB: 10/04/1985

DATE OF EVALUATION: April 2, 2018

HISTORY:  I had the opportunity to see Ryan in the company of his wife, Kellie Everett  was born on October 4, 1985. He is 32 years of age. He has been right-hand dominant.

Unfortunately, Ryan sustained multiple injuries, including a severe traumatic brain injury. He had a left distal femur fracture, including an impacted fracture of the lateral femoral condyle, a depressed lateral tibial plateau fracture, a left nondisplaced proximal fibular head fracture, and impairment to the tibiofibular joint. He had a hemarthrosis in his suprapatellar joint space. He had some posterior collateral ligament laxity. He was found later to have a left medial malleolus fracture.

Relative to his traumatic brain injury, he had a left subdural hematoma, subarachnoid hemorrhage, left hemisphere swelling with effacement of the left lateral ventricle, partial effacement of the right ambient cistern, bilateral temporal lobe hemorrhagic contusions, and left frontal lobe hemorrhagic contusions. He had a right parietal bone through the temporal bone fracture, including the middle ear cavity, carotid canal, clivus sella and sphenoid sinus, as well as the tegmen tympani and mastoid, with the facial nerve canal demonstrating a fracture as well.

Ryan's injuries were sustained on December 5, 2017. He was walking with his wife, Kellie, who indicated they had gone to get coffee. They were on tour and they went to get coffee in the morning for the band. Kellie was walking in front of Ryan. Ryan does not have any specific recall. He remembered being behind his wife. I believe she was caring coffee for the band. His next recall was leaving the hospital in Charleston, South Carolina, and the nurse asking him discharge questions, which was about 12 days later.

Kellie indicated she was walking. He was behind her. There was a driver stopped at a dry cleaner and was going out to apparently turn right onto a busier street. She was on the crosswalk area, across the driveway in front of the driver, and behind her then was Ryan,

1

who was roughly at the passenger side of the vehicle. The car was completely stopped. She thinks at this time, he must have been looking left and Kellie was hit. She had a left meniscus tear. Ryan however was behind her. He was hit and pinned with his leg under the wheel on the right side. Ryan had fallen to his right side. He actually had a macerated scalp laceration on the right side. Kellie then had the driver back up to get off of her husband.

An ambulance came. She notes a lot of the details were very busy at that time. She noted that Ryan's eyes were open. He was gasping for air. He was not responding. The ambulance noted his Glasgow Coma Scale to be 7-8 on the scene of the accident.

He was brought to the emergency room. EMS noted that he had a right occipitoparietal wound, a macerated scalp wound. The emergency room put his Glasgow Coma Scale at 8 out of 15. He was noted to have bilateral nose, mouth, and the right ear draining blood. His left knee had a large laceration.

He was treated at the emergency room at the Medical University of South Carolina. He required intubation with an ET tube there, 7.5 mm, cuff trach. He had a pH of 7.3. He was admitted. He developed agitation. He was combative and needed restraints. In reviewing the records which the wife had, I believe he was treated with Seroquel. Records also included the South Carolina records and those from St. Louis, which she was able to bring, and his follow-up visits.

On December 5, 2017, his x-rays showed a left depressed lateral femoral condyle and lateral tibial plateau fracture. CT of his knee showed a left nondisplaced proximal fibular head fracture and impacted fracture of the lateral femoral condyle. He had a hemarthrosis in the suprapatellar joint. He had PCL laxity, and there is question of whether there was ACL laxity, but it could not be fully visualized. He has not had a follow-up CT of the knee or MRI. He is following with his orthopedist in that regard at this time and actively participating in physical therapy.

He had a CT scan of the head, which showed a left subdural hematoma, a subarachnoid hemorrhage, and left hemisphere swelling with effacement of the left lateral ventricle. He had partial effacement of the right ambient cistern, bilateral temporal lobe hemorrhagic contusions, and left frontal lobe hemorrhagic contusion. He had fractures demonstrated on the CT scan, including the right parietal bone through the temporal bone, middle ear cavity. He has had disruption of the inner ear bones, which has caused his hearing loss. He had a carotid canal fracture, clivus sella and sphenoid sinus fractures, tegmen tympani and mastoideum, as well as the genu of the facial nerve canal.

He had CTs of the neck and abdomen which were found to be normal. I did not see any CTs of his lumbar spine, cervical or thoracic spine. He notes that he is only getting low back pain at this time, and those may need to be followed up.

He also was diagnosed with acute cerebral edema. He was on the ventilator for two days with acute respiratory failure. He had agitation and required medications to manage his agitation. He underwent surgery with Dr. Fann for closure and debridement of the scalp laceration on December 5. Eventually, on December 11, he had open reduction, internal fixation of a left medial malleolus fracture which was diagnosed on about day 6. He had

secretion of inappropriate antidiuretic hormone and hyponatremia. For six days, he was agitated and required Seroquel and restraints consistent with his head injury. ENT evaluated him. He had a right conduction hearing loss. He was discharged with a left-hinged orthosis.

He was on Dilantin for two weeks for seizure coverage. He was placed on Lovenox blood thinner for two weeks. He also had had right elbow pain and swelling. An x-ray was negative on December 6, 2017, but he had some swelling in the medial condyle. He notes that has been improving.

He is participating in physical therapy three times a week, going to outpatient for his left leg. He is working on ambulation, reduction of circumducted gait, and reduction of his internal rotation. He never had a speech evaluation since they could not afford the home therapy. He does ambulate with a single-point cane on the right. His balance is still an issue.

He was treated by ENT and did have probable labyrinthitis. They gave him further treatment. It appears that his inner ear and labyrinthine dysfunction has resolved with the initial treatment. He notes he occasionally gets some dizziness but does not feel his balance is as much of a problem as it was. He notes it is difficult going down stairs. His balance can be a problem on unlevel ground and sometimes stairs, but he notes that that has improved. He denies having any recent falls.

He notes that since the injury, his leg is improving. The brain injury continues to have some improvement, but he still has problems with memory, attention and concentration, problem solving, and remembering lyrics and versus. He notes he is still limited with his mobility. He does get headaches, but less severe. He has the hearing loss, balance problems, difficulty with dizziness and vertigo, but the vertigo has improved with ENT treatment. They have recommended he will probably need middle ear surgeries to try and restore his hearing, but there is no guarantee. They will do follow-up audiograms in the future for that.

He notes that now he is much more tired. He has difficulty trying to find specific words and names. He has difficulty with multitasking. He perseverates on subjects. His concentration is diminished. He is more easily distracted. Focusing on a task is more difficult. He notes he had decreased peripheral vision in both of his eyes; now he is more aware of the right side. He gets what he describes as sparkles in his visual field. He notes he has much more photosensitivity. He does not like extremely bright lights. He can tolerate it, but at times it is more of a problem. He notes he does startle easily. His sleep patterns are disrupted. He is up more at night than during the day. He notes he used to be more of a night person, but that had resolved. Now, he really cannot control it. He notes he is more aware of some odors than he had been before.

HOSPITALIZATION: He was hospitalized from December 5, 2017 to December 12, 2017 at the University Hospital. He was then followed up at St. Louis. He has not required further hospitalization.

His wife thought that one time when she went to get him up at night to get medications he was confused and basically using neologistic language. He was very confused. She thought maybe he had a seizure, but that did not appear to have any motor elements.

He notes his problem is worse with activities. He gets tired from activity, and he notes very stimulating environments are difficult. He notes Christmas with his family was tough. He notes it is hard to recall the details, but there were so many people that he wanted to withdraw. He does not do well with larger crowds or people if there is a lot going on. He noted he has difficulty focusing.

He notes he used to do leather work. Now he cannot do it or attend to the detail when trying to paint certain parts of the leather. He has difficulty focusing and could not attend to the task.

He notes that if there are a lot of people or noise and activities, it is very difficult for him and he tends to want to withdraw. He notes he gets more relief if it is calm, if he is resting, and if he paces things. He notes the cane helps with his walking and decreases some of the pain. He notes he likes a very structured, predictable day.

TREATING PHYSICIANS: He is following with Dr. Nadaud and Dr. Tony Miller in St. Louis for physical therapy

FAMILY MEDICAL HISTORY: Unremarkable.

SURGICAL HISTORY: He had the open reduction, internal fixation of the medial malleolar fracture on the left. In the past, he had myringotomy tubes in his ear when he was young. His other interventions are fairly limited at this time.

INJURY HISTORY: He had a broken right arm in the first grade. No other problems.

ALLERGIES: He does not have any allergies. Possibly animal hair, but he does not remember any major problems.

CURRENT MEDICATIONS: He had been on non-steroidal anti-inflammatories twice a day. They were irritating his stomach and he has quit. He was using meloxicam. He takes aspirin once a day. He uses probiotics. He notes that he does not like to be dealing with pain medications and they make him feel more confused. He notes the non-steroidal anti-inflammatories irritated his stomach.

OTHER SYMPTOMS: They note at the present time he has had headaches, but he notes they are decreasing. Visual changes: He sees the stars to the right visual field. He notes that he gets some numbness in his left leg and the exam was consistent. He has spotty numbness on the medial aspect at the left knee, and distally over the anterior tibial area he has some variable sensation. He does get some dizziness but that is reduced with ENT treatment. He occasionally gets ringing in the ears, and occasionally the room spinning but not as frequent since they did labyrinthine treatment.

He notes that he will tend to forget things. He has lost the keys to their safe, and then he suddenly came upon them. He notes that he will misplace things and forget why he went in a room. He needs to have lists. If he goes to a store without a list, he brings back the wrong items. He has left the stove on and did burn a pan up and he was not aware.

His wife handles all the financials. He indicated she did before, but at this point he notes it would be very difficult for him to remember to pay bills and on time.

They both note he gets angry more easily. He has a shortened tolerance for frustration. He notes, for instance if he would listen to a record, say 18 tracks at home, he would only remember about 12. He used to remember them all. He will lose track of what he would listen to. He notes when he goes into another room to get something, he oftentimes will look around, has forgotten what he went in for, and he will bring something else back. If he goes to the store without a list, he will bring back the wrong things when he runs in. He prefers to avoid stores because of the light and the noise.

He notes that names are more difficult to remember. He notes it is hard to concentrate, and he notes his memory has changed. He still has pain in the left leg. He has difficulty walking. He notes he gets more agitated and has difficulty sleeping.

He notes driving in a car is very hard. He describes anxiety and holding on to the car. He becomes very stiff and anxious. He notes he had never really been fearful of a car. He does not understand why he is so fearful in and around cars at this point in time, but he notes he really cannot drive. They have recommended he not drive due to the dizziness, but with his more or less panic attacks or PTSD, it seems to be more of a problem.

He notes he has difficulty learning new things. It is hard to relearn things. He notes the older things are easier than learning new things. He notes it has been very hard to find words to describe himself. He could not remember the word brace, even though his wife would continuously repeat it.

He does not use a mobile phone. He notes that he needs help with driving, cleaning and household tasks. He notes it is hard for him to walk here, cook and talk.

He notes he is sad about the entire thing and not being able to participate in the tour. He was beginning to build his career. He notes he has difficulty multitasking and it is hard to remember specific things. He knows that if he is going to perform, he has to try and arrange it so that he has better hearing from the left and that he would be toward the right side so that he could hear from the left. In talking with him, he indicates he did not have to do rigging when he would be on the road, but he would have to load and unload material. He has played almost all string instruments: guitar, banjo, cello, harmonica, mandolin, and has played a number of string instruments very effectively. He has been self-taught and taught through music teachers. He did finish high school. He notes that he can focus on playing fairly well.

He has difficulty with songs and recall. He notes that is somewhat gone. He must type or have the lyrics. He cannot remember the words. Even melodic intonation is not helpful now. He has difficulty learning. He notes it is much more problematic, and he is worried about not being able to sing along. He notes if he was doing solo, it would be far more difficult than singing in harmony with others. He can play instruments, but he is concerned about the time that he would come in or come out. He notes he cannot remember the words easily. With music, he has generally memorized it, but he is finding using the music itself is more difficult. He used to play mainly by hearing. Now with his hearing loss, it is much more difficult. He

cannot hear as well. He notes that things are more muffled, and he is not sure how it would be in a large concert venue. He notes that old recall is better than new. New songs and new notes are more difficult for him.

His wife, who plays the saxophone in bands, notes that there is a difference. His confidence and the degree of certainty is diminished. She notes that he has to work hard to find words to songs and they do not come automatically as they did. He notes he still misses and forgets people's names. He cannot remember details of a sound track. He notes there have been some changes in social ques and conversations.

They note he is moodier. He will fixate on a subject. He will get upset over it, keep talking about it and perseverate on it, even though there may be a less significant item, but they do note that he has much greater ease of frustration. His wife notes he is more withdrawn. He tends to want to stay to himself. He has difficulty remembering things. She has to travel, and she has family cover him. For instance, he had left the stove on when she was gone. He generally can be safe, but they want to make sure he is not doing tasks, and they would have to remind him to take medications.

He notes that loud public address systems would be difficult. He is still not back to the larger events and is not sure how well that would look. The individual ear pieces are feedback, which he does not use. Usually he would have a speaker in front of him and would be able to hear. He is not certain how the individual amplification or input would work with his hearing loss in the one ear and then whether he would perceive as much around him.

He notes that he would be out on the road 250 days at times, it might be 100 shows. Of course, now he is not able to travel or do much. He notes he has a lot of pain in the hip, knee, thigh, and hamstrings on the left, as well as the ankle. His leg swells. He is wearing support hose.

He has not really been able to travel. He notes that he has to set up and take things down. Sometimes he would have to occasionally load and unload the rigging, but generally someone else does that. He is not driving at this time. He still gets dizziness. He notes it is less so now since they have treated him for labyrinthitis. I question whether he has a PTSD related to vehicles, as he is describing more panic attacks, and he noted this was not the case in the past.

He notes that it is difficult to engage in conversations. He does not necessarily listen to what somebody is saying. He feels that some of his emotions are gone. He noted, as did his wife, that he will oftentimes misuse words or they are inappropriate for his specific description.

His wife is concerned since he had left the stove on. Of course, he does not lift pots of pasta or move things because of the cane. He has difficulty pivoting at this time on his left leg. He can on the right.

He notes when his wife is gone, he is more anxious. She will call frequently. He can tend to be more upset, but his friends do check in on him more frequently. The nurse case manager does assist with his driving and care and she was assisting early on.

Generally, he does not have to do rigging, as I noted, or climbing. He really cannot climb on ladders or any of those tasks now. It is difficult for him to get down to the floor. It is difficult getting up with the left leg. He notes he used to always stand to perform full-time. This is now very difficult for him. He needs to sit more, and particularly after the show he is exhausted. His wife notes that he would sleep 10-16 hours. He just does not seem to have the endurance.

He notes he does become very fearful around cars. His endurance is diminished. He cannot really tolerate the work. She notes that he has to push himself more to try and practice or study. He notes in some regards he is doing okay with his playing, but he really has not been okay with others.

He really cannot easily do basement stairs. He notes he cannot do the recycling bin. He could take out a bag of garbage but not anything that he would have to carry.

DIAGNOSTIC TESTING: As noted above.

PAST MEDICAL HISTORY: Unremarkable except for these current injuries.

ACTIVITIES OF DAILY LIVING: He has had problems with showering and has difficulty getting his leg in. He would get dizzy but that has improved. He does use the bath bench to allow him to be safe in the shower. He notes it is sometimes still difficult if he gets a little bit lightheaded. His wife had to help with shoes and socks, but he is now able to do them. He did them for me today, but it was slow. He has to cross his leg over. He cannot really bend straight down, but he was able to do it. He has now completed using his knee brace and it was difficult as an orthosis for him to do. He cannot really lift and carry pots, but he can do basic simple cooking or tasks. He had difficulty getting in and out of bed. At times it is more challenging for him. Getting out of a car is difficult at the present time or getting up from booths in a restaurant, and of course the shower is difficult, as noted.

He actually prefers not to fly, but for long distances at an airport, at least at this time, he would need to use a wheelchair for those distances. With ambulation, he does use a railing on the stairs. He can do one step at a time, both up and down, as I observed. He does use a single-point cane correctly on his right. He does coordinate it correctly to have it down with his left foot being forward. He did have more challenges walking on unlevel ground. We tried that on the grass. He really decompensated very effectively. He did better on the solid surface concrete, as well as the office floor. He notes he is very unsafe in snow or ice. He could not correct his fall, which is logical.

He has difficulty shopping in stores, reaching, putting things in carts, and carrying them. He does need help with shopping and carrying groceries from the store and to get home. He cannot really do any yard work. He cannot lift overhead. He cannot get down to scrub the floors. He cannot shovel snow or prune bushes. These are related to his ankle and potentially the dizziness. He cannot carry items in the house or do laundry because he would have to carry it, and he cannot get up and down the stairs. They do not have a dishwasher, so he does not have difficulty with bending over with the dishwasher. He cannot clean gutters. Getting up on ladders would be difficult. He notes he can use a vacuum, but he has difficulty standing and walking at this time with his balance. Moving furniture would be

difficult. Going to family events is more difficult because of the noise and activity. He notes that a lot of people tend to overwhelm him. He notes he is limited with going to community activities.

He can sit as long as he wants; he just needs to move the knee. He will tire with standing. He can tolerate maybe 15 or 20 minutes and needs to change position. He notes his walking is much slower. He is not able to drive, and that is due more to emotional and fear and potentially vision and balance may be an issue, so he is not driving at this juncture.

His wife manages their finances.

PREVIOUS REHABILITATION: He receives physical therapy three times a week at the present time. He has not had a speech evaluation. He did have a neuropsychological evaluation which showed him to have deficits consistent with traumatic brain injury. He was showing some improvement, but that was done back in February. His scores were average to low-average for attention, working memory, speed of processing, expressive language, learning, memory, visual spatial skills, fine motor coordination, and executive functioning, which are consistent with his traumatic brain injury. The neuropsychologist is feeling that he might be able to return to work, and certainly a neuropsychologic reevaluation will need to be carried out. It does not specifically address the temporal lobe dysfunction and his use of music, which is of some significant concern. He is continuing with orthopedic follow-up.

WORK HISTORY: He has worked as a musician for 10 years. He has been trying now to work. He is doing it part-time. He is self-employed. He does not have any disability benefits. He would do music and handling some of the booking. He used to drive to some of his gigs and he would write songs. At this point, that is fairly limited. He notes he is constantly exposed to noise. He notes he travels playing shows. His job can be anywhere from light to very heavy. He needs to move things out of his car. He notes in some areas they need to move everything out; it depends on the area where they are playing.

EDUCATION:  He completed 4 years of high school and 2 weeks of college. He decided that was not for him and he wanted to continue with music.

SOCIAL HISTORY: He is married. They do not have children. They are not thinking about having children. His interests include leather working, music, camping, outdoor activities and cooking; many of which will be affected by his lower extremity involvement. He notes that his mobility has changed all of his interests and activities. He is currently doing therapy.

They live in a house. It is about 90 years old. They rent from the family. There are 5-10 stairs to enter, 15-20 stairs to the basement. There are railings. There are no ramps, no elevators and no lifts.

He lives with his wife, Kellie, and she provides assistance. The family also help out. Parents and friends have been available. He gets assistance 2-3 hours a day, 7 days a week, through family and his wife.

He sleeps in a regular bed. He does not drive. The nurse had recommended he not drive. He has not been through a driving evaluation. He does not have accessible tags, even though

he does have the disability. He does have a single-point cane. He has a walker and crutches. He does have a leg orthosis. He would like to avoid the handicapped permit, but I indicated it would be appropriate for him if he so desires considering his mobility limitations. He does not use other assistive devices. Bowel and bladder are stable. He does not need any type of additional supplies. He does use compression stockings on the lower extremities. He is also using lace-up boots. As he indicates, he can get them on. It is difficult with the ankle and malleolar involvement to get a pull-on boot onto his left leg. He can walk in hallways with railings. He has a hand-held shower and grab bars in the shower.

He does smoke one to five cigarettes a day. He does not vape. He does not use smokeless tobacco. He drinks alcohol, possibly 2-3 beers a day. Some days he will not drink. He generally has beer and sometimes some liquor. He indicated he had not had anything to drink today.

His native language is English. He does not know sign language. He traveled in Europe last year.

He does have titanium screws and plates in his ankle.

He is 5 feet 11 inches, 160 pounds.

One of the things that he notes now is he is on more of a nocturnal schedule. He notes things have changed quite a bit with his injury. He notes memory is of a concern. His ability to remember words for songs concerns him tremendously, and he is forgetting the details that he normally would not forget. His wife noted he would have been outspoken before, but now seems much more withdrawn, and she does note that he is more forgetful. They note the equilibrium is improved with the ENT treatment that he has had to date.

PHYSICAL EXAMINATION: Ryan is alert. He was able to do serial 7s appropriately. He knew the month, date and year. He was appropriately oriented. At times, he did have to search for answers to simple questions. He could remember 3 out of 5 objects by the end of the examination with visual ques being in the environment. His upper extremity range of motion, sensation, strength and reflexes are essentially intact. He is not showing epicondylar tenderness bilaterally. Those appear to have improved. His reflexes in the upper extremity are normoactive. His proprioception sensation is all found to be intact. Graphesthesia is found to be intact. In the lower extremities, his right lower extremity range of motion, sensation and strength is intact. The left lower extremity strength is diminished by about one grade for his quadriceps, hamstrings, anterior tibialis, and plantar flexors. His ankle range of motion shows mild limitations in inversion/eversion active and passive. Knee range of motion is essentially full. There is no gross crepitus noted, but he does still have tenderness over the tibial plateau medial and lateral. He has tenderness in the medial aspect of his right knee where he had some scarring and wound healing. He has some scattered sensory loss over the peroneal distribution of his left lower extremity. His dorsiflexion and plantarflexion are essentially full. His limitation is mainly inversion/eversion at this time. The patient's bilateral lower extremities showed significant hyperactive muscle stretch reflexes. He had a crossed adductor reflex. With patella reflexes he actually shows anterior tibialis response, and he does have a rather diffuse lower extremity reflex response during testing. His reflexes are extremely hyperactive. He denies any bowel or bladder or sexual dysfunction, but he does

show significant hyperreflexia in his lower extremities. He does have some 1+ pitting edema. He does wear compression dressings in his left lower extremity. Wounds are well-healed. His scar from the open reduction, internal fixation behind the medial malleolus is well-healed. Sensory examination otherwise is essentially found to be intact. Babinski is negative bilaterally. His proprioceptive input is found to be essentially within normal limits. Extraocular movements are found to be full. Cranial nerves II-XII are intact. He does have full visual fields. He does have a tuning fork with conductive intact on the right. He does not perceive the tuning fork on auditorily on the right. On the left, he has good hearing with air conduction. He is able to hear commands enough in order to communicate and discuss.

For ambulation, he is able to come to the upright position. He is slow. He is stiff. He then takes a minute to right himself. Then on ambulation he shows a good gait pattern. He does show clear weight shifting to his right lower extremity as opposed to the left. He has a reduced stride. He tends to internally rotate with the left lower extremity compared to the right and shows a fairly smooth gait using the single-point cane. Without the cane, he does show much more weight shifting to the right lower extremity. He brings his trunk over to the right, causing weight shifting and more of an antalgic gait. His stride reduces without the single-point cane. With doing the stairs, he definitely used the railing. He was able to get up from the chair. It was very difficult to get up from the floor at this time, which would be anticipated. The patient's muscle strength is good. He does have tenderness with palpation in the hamstrings. Quadriceps was good.

He had difficulty standing on his toes on the left, as well as his heel. He could do so on the right. He does have discomfort on the left. He did not show medial lateral instability at the left knee.

IMPRESSION: Traumatic brain injury secondary to pedestrian car impact resulting in:
1. Left subdural hematoma.
2. Subarachnoid hemorrhage.
3. Left hemisphere swelling with effacement of the left lateral ventricle.
4. Partial effacement of the right ambient cistern.
5. Bilateral temporal lobe hemorrhagic contusions.
6. Left frontal lobe hemorrhagic contusion.
7. Multiple skull fractures, including:
    A. Right parietal bone fracture.
    B. Parietal bone fracture through the temporal bone.
    C. Fracture involving the middle ear cavity, carotid canal, clivus sella and sphenoid sinus, tegmen tympani and mastoideum, and the genu of the facial nerve canal.
8. Acute respiratory failure, two-day ventilator dependency.
9. Agitation and combative behavior consistent with traumatic brain injury.
10. Left knee fractures, including left nondisplaced proximal fibular head fracture.
11. Impacted fracture of the lateral femoral condyle.
12. Hemarthrosis in the suprapatellar joint space.
13. PCL laxity.
14. Later diagnosis of a left medial malleolus fracture status post open reduction, internal fixation on the left.
15. Multiple persistent cognitive deficits with memory, attention, concentration, problem solving, recall, naming, and remembering lyrics, particularly for songs and versus that

      he had known, probably related to his temporal lobe involvement.
16. Antalgic gait secondary to the multiple left lower extremity fractures, resulting in a reduced stride and a reduced left stance phase with increased stance phase on the right altering his biomechanical gait.
17. Right hearing loss secondary to temporal bone fractures and disruption of the inner ear and apparent laxity of the tympanic membrane.
18. Possible history of seizure.
19. Glasgow Coma Scale of 8 after injury.
20. Possible PTSD with panic attacks related to vehicles which will need further psychological/psychiatric evaluation and management.
21. Dependent for driving and mobile activities.

RECOMMENDATIONS: I had a long chat with Kellie, as well as Ryan. Clearly, he sustained some significant traumatic brain injury as a result of the motor vehicle-pedestrian impact. This is actually permeating his life. He had always been doing song writing, singing, and could remember lyrics and versus without difficulty, which has now become difficult for him to carry out. These have resulted in changes in his attention, concentration, communication, and word finding difficulty, all of which impact the cognitive skills required in the performing arts.

Ryan certainly would benefit with neuropsychological testing, and I have recommended that he go to Northwestern since they do have programs in rehabilitation focused on the performing arts to carry out neuropsychological testing, particularly assessing temporal lobe, left frontal lobe involvement, which could have a profound impact upon his performing arts.

He of course also has lost hearing, which will have a significant impact, and he is at tremendous risk if anything would happen to his intact ability to hear. Surgery of the inner ear may be needed but not certain of success. Cochlear implant would not be needed unless he loses his hearing bilaterally.

I think that Ryan is certainly going to continue with physical therapy, although his antalgic gait will eventually resolve. Due to the injury at the knee, he will probably have several knee replacements due to his age, but his abnormal gait pattern will impact his hips, as well as his right knee and potentially his ankles, but he will probably end up additionally having bilateral hip replacements and right knee replacement, and clearly a left knee replacement, and potentially a left ankle joint replacement or fusion. These will be problems that will haunt him for years from now, more than at the present time; but in light of his young age they will come sooner than usual.

He certainly is unable to drive at this time. I believe he is going to need to continue to have somebody drive for him. He does need help at home due to some of his physical limitations, some of which may persist, and they may need to plan on having somebody help him out three hours a day at home, now and in the future, and to have somebody to drive him. His ability to return to the road, traveling, carrying his instruments, having to stand on stage and be active and moving, may be profoundly limiting for his entertainment career. If he was an established star, there could be far more accommodations, but he is currently a musician and it is difficult for him to move up through those ranks.

His secretion of inappropriate antidiuretic hormone has stabilized and that was due to his blunt head injury, indicating fairly significant involvement. We may need to follow up with testosterone levels or growth hormones as the time moves further ahead.

He is going to need an audiogram follow-up, particularly prior to middle ear surgery. I believe he has had his vestibular training and testing, and that testing, if not done, should be carried out. I would like him to get the neuropsych testing at Northwestern, and they will call to make those arrangements.

I would like him to get a 24-hour monitored EEG, as there are times when she notes he has some absence episodes, but it is not certain if that is the specific problem.

I would like to repeat an MRI without infusion to assess residuals of his trauma. I am certain his orthopedist will be following with an MRI of his knee to assess the ligament structure, now and in the near future, and that will need to be followed up.

Unfortunately, his deficits are significant. They will probably have a profound impact on his performing arts. I do not think he may necessarily return to being as competitive in the performing arts. I think travel, as well as cognitive needs, will be quite demanding for him. Having reviewed his records from the St. Louis area and his imaging studies, as well as the University of South Carolina, his neuropsychologic testing, it is clear that there will be a number of permanent residuals as a result of this injury.

Fortunately, his wife is very supportive and is interested in helping him as much as possible. Unfortunately, these deficits are going to be permanent. We will know the maximal degree of recovery about two years post injury, but in that time it would be important for him to get testing. After neuropsychological testing, I would like him to probably start with some psychological counseling and, depending on the findings, whether he would need to work with other musicians in helping to evaluate his level of skill.

Ultimately his returning to performing will tell us the severity of his deficits, but actually he is probably only going to start becoming more aware of those by this summer. I think that he underestimates the impact of his injury. Ryan continues to feel it will be okay. His wife is much more concerned, and I would be in agreement that he is going to need a fair amount of intervention over time.

Obviously, he is going to need MRIs, CT scans, and orthopedic interventions for his knees, ankles, and hips. He may need further MRIs of the thoracic and lumbar spine in light of the degree of hyperreflexia he is demonstrating. Those studies were not done. If this persist, I think further evaluation would be indicated.

I would like to recheck him within about a year. When his neuropsychologic testing is done, I have asked that the neuropsychologist, whoever they see, would forward the information, and we can make further decisions, even discussing those by phone.

Robert E. Eilers, M.D.
REE:dm