IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Ryan Koenig and Kellie Everett, ) | Civil Action No.: 2:18-cv-03599-DCN |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Edward Johnson, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY EXPERT REPORT OF TRICIA M. YOUNT, CPA, MAFF

I have been engaged by the Law Offices of Kenneth E. Berger in the above-referenced matter. I currently serve as a Senior Manager with the firm of Dixon Hughes Goodman, LLP and have been providing relevant analytical services for over fourteen years.

## QUALIFICATIONS AND PUBLICATIONS

My curriculum vitae, including education and professional experiences, is attached as Exhibit A. A list of testimony given by me by deposition and/or trial for the past four years is attached as Exhibit B. I have not authored any publications in the past ten years.

## COMPENSATION

Fees for services rendered are based upon time required at standard hourly billing rates plus out-of-pocket expenses. My firm's billing rate for my time is $325 per hour. My compensation is unaffected by the outcome of this matter, and fees are not contingent upon the outcome of this matter.

## INTRODUCTION

The purpose of this preliminary analysis is to determine the present value of expected lifetime medical care costs as specified in a report prepared on behalf of Ryan Koenig. Mr. Koenig was injured on December 5, 2017 and was 32 years old at the time of the injury.

## OPINIONS AND BASIS

My current opinion, regarding the present value of medical care needed by Mr. Koenig, is based upon a report prepared by Robert E. Eilers, M.D., FAAPM&R, dated August 14, 2018. My current opinion, as of an assumed settlement or trial date of June 1, 2019, is **$11,518,635**.

### Life Expectancy

Mr. Koenig was born on October 4, 1985 and was 32.17 years old at the time of his injury. He will be 33.66 years old on the assumed trial date, and his life expectancy is 44.00 years[1] from that date.

### Lifetime Medical Care

According to the report prepared by Dr. Eilers, Mr. Koenig will require medical care for the remainder of his life. The cost and specific needs of this care have been specified in Dr. Eilers' report and in a telephone conversation with Dr. Eilers on May 10, 2019.

Increases in the cost of the different medical care components have been projected by using a growth rate based on the historical relationship between the growth rate of the cost of the different components and the consumer price index (inflation) for the preceding 20 years. This relationship is assumed to continue in the future and has been applied to the inflation forecast

---

[1] South Carolina Code of Laws; Section 19-1-150. Life expectancy tables.

from the Office of the Actuary of the Social Security Administration. For purposes of this analysis, costs have been projected to Mr. Koenig's life expectancy.

**Present Value**

The purpose of the present value calculation is to determine the amount of money as of June 1, 2019 to fund or provide for the yearly net economic loss. The discount rate used to determine the present value of the yearly losses is one that minimizes the risks to the claimant. For this analysis, the discount rate reflects the yields on U.S. Treasury stripped securities associated with each year for the projected losses ranging from 2.03% to 2.95% through 2049. The discount rate after that time is 3.72% which reflects the 20 year average of U.S. Treasury securities for 5, 10, 20, and 30 year maturities.

## INFORMATION CONSIDERED

In preparing this report, I have considered the following documents:

1. Complaint regarding the above-referenced matter.
2. Conference / Recheck report prepared Robert E. Eilers, M.D., FAAPM&R, dated August 14, 2018.
3. South Carolina Code of Laws; Section 19-1-150. Life expectancy tables.
4. U.S. Department of Labor - Bureau of Labor Statistics. Consumer Price Index.
5. Office of the Actuary of the Social Security Administration. 2019 OASDI Trustees Report; Table V.B1. April 22, 2019.
6. Thomson Reuters Eikon, U.S. Treasury Stripped Securities, May 13, 2019.

## EXHIBITS

The attached table provides details of the present value calculation of expected lifetime medical care costs due to the injury of Ryan Koenig. Selected information from this report may be incorporated into demonstrative exhibits for purposes of trial testimony.

## RESTRICTIONS and RIGHT TO AMEND

This preliminary report has been prepared solely for the purpose of the above-referenced matter and is not intended for any other use. The opinions set forth in this report, which are my present opinions, are based in part upon my review of documents provided to me. In the event additional documents, other discovery, and/or testimony are made available to me after the submission of this report, I respectfully reserve the right to amend this writing as appropriate.

May 16, 2019

Tricia M. Yount, CPA, MAFF

**Table 1**
**Ryan Koenig**

**Projected Medical Costs** [a]

**Present Value:** $ 11,518,635

| Projected Care | No of Years Required | Annual Cost | Annual Cost Increase | Total Cost | Total Present Value |
|---|---|---|---|---|---|
| Caregiver/Attendant | 44 | $194,568 | 4.27% | $ 24,128,446 | $ 10,595,578 |
| Ear, Nose, Throat physician | 44 | 800 | 2.96% | 70,520 | 33,354 |
| Ophthalmology/Neuro-Ophthalmology | 44 | 800 | 1.82% | 53,246 | 26,894 |
| Orthopedics | 44 | 800 | 2.96% | 70,520 | 33,354 |
| MRI - knee, hips and ankles | 5 | 15,000 | 2.61% | 134,055 | 67,938 |
| Brain MRI | 5 | 3,000 | 2.61% | 26,811 | 13,588 |
| Cardiac Perfusion | 1 | 4,500 | 2.61% | 8,352 | 4,179 |
| EEG | TBD | 360 | | - | - |
| Joint Surgery - Knee | 2 | 40,000 | 2.96% | 144,690 | 81,909 |
| Joint Surgeries - Hips | 2 | 40,000 | 2.96% | 118,621 | 83,245 |
| Joint Surgeries - Ankles | 2 | 40,000 | 2.96% | 118,621 | 83,245 |
| Psychological Counseling | 44 | 4,560 | 2.61% | 368,126 | 177,653 |
| Sleep Study | 1 | 2,500 | | 2,500 | 2,500 |
| Neuropsych Testing | 5 | 3,000 | 2.61% | 26,811 | 13,588 |
| Physical Therapy Home Visits | 44 | 1,680 | 2.61% | 135,625 | 65,451 |
| Cane and Walker | 22 | 55 | 0.60% | 1,384 | 736 |
| Quantum Scooter | 8 | 6,000 | 0.60% | 54,700 | 30,427 |
| Wheelchair Accessible Van (Less avg cost of vehicle) | 8 | 22,423 | 2.60% | 327,023 | 159,996 |
| Home Modifications | 1 | 45,000 | | 45,000 | 45,000 |
| **Total Cost:** | | | | $ 25,835,051 | $ 11,518,635 |

[a] Report prepared by Robert E. Eilers, M.D., FAAPM&R, dated August 14, 2018.

**Exhibit A**

# Tricia M. Yount, CPA, MAFF

### EDUCATION

| | |
|---|---|
| Clemson University<br>Bachelor of Science, Financial Management | December 2000 |

### PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Dixon Hughes Goodman LLP<br>Senior Manager – DHG Forensics | Charleston, SC | 2004 - present |
| Bank of America<br>Officer – Intermediate Financial Analyst, Consumer Real Estate Mortgage | Charlotte, NC | 2001 - 2004 |

### CERTIFICATIONS, LICENSES AND ASSOCIATIONS

| | |
|---|---|
| Certified Public Accountant (CPA), South Carolina license number 8675 | February 2013 |
| Master Analyst in Financial Forensics (MAFF) | March 2008 |

American Academy of Economic and Financial Experts
National Association of Forensic Economists
American Institute of Certified Public Accountants
South Carolina Association of Certified Public Accountants
National Association of Certified Valuators and Analysts

### CONSULTING EXPERIENCE

Tricia's background includes fourteen years of financial forensic and litigation support experience. She assists attorneys with the accounting, financial, and economic damage aspects of various matters including personal injury, wrongful death, and wrongful termination. Tricia has extensive experience with engagements involving lost profits analysis and the analysis of wage loss and household services. In addition, she determines the present value of life care plans. Tricia has been qualified as an expert in the field of economic and financial damages in federal and state court and has testified in South Carolina. She works on behalf of both Plaintiffs and Defendants.

Exhibit B

## Tricia M. Yount, CPA, MAFF
### Deposition and Trial Testimony (previous 4 years)

| Date | Attorney | Case | Deposition or Trial | Type of Court | Location |
|---|---|---|---|---|---|
| 5/8/2015 | Michael Jordan | Kathryn Renaud v. John Joseph Fitzpatrick | Deposition | Common Pleas South Carolina | Beaufort County |
| 5/15/2015 | Austin Crosby | Jannie S. Wilson v. Win-Holt Equipment Corp. | Deposition | Common Pleas South Carolina | Hampton County |
| 6/9/2015 | Michael Jordan | Kathryn Renaud v. John Joseph Fitzpatrick | Trial | Common Pleas South Carolina | Beaufort County |
| 8/24/2015 | Trey Thompson | 1115 Bluff Industrial Boulevard, LLC v. Allegiance Industries, Inc., and Gary C. McLaurin | Deposition | Common Pleas South Carolina | Charleston County |
| 10/2/2015 | Max Sparwasser | Gwendolyn C. McCutchen and Robert G. McCutchen v. Charles V. Brown, Universal American, Ltd., and Universal AM-CAN, Ltd. | Deposition | Common Pleas South Carolina | Berkeley County |
| 10/16/2015 | Erin Dean | Bobby Gene McClellan vs. Joseph A. Rich, Lena M. Rich, Rich Properties, LLC, and George P. Faust, and Christopher G. Faust | Deposition | Common Pleas South Carolina | Orangeburg County |
| 10/21/2015 | David Williams | Linda C. Madison v. Earnest W. Gilyard, Caw Caw Land & Timber Rental, Inc., also dba Ryder Systems, Inc. | Trial | Common Pleas South Carolina | Orangeburg County |
| 11/17/2015 | Mark Joye | Lorella F. Pierce v. Leon Edward Corbett and Rolling Frito-Lay Sales, LP | Trial | Common Pleas South Carolina | Newberry County |
| 11/23/2015 | Brady Thomas | Donny Frank Ivester, Jr. vs. Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, and Wal-Mart Stores East, Inc. | Deposition | US District Court | Anderson, S.C. |
| 1/7/2016 | Erin Dean | Bobby Gene McClellan vs. Joseph A. Rich, Lena M. Rich, Rich Properties, LLC, and George P. Faust, and Christopher G. Faust | Trial | Common Pleas South Carolina | Orangeburg County |
| 2/11/2016 | Graham Newman | David Rawls v. Royal Dunes Beach Villas at Port Royal resort Owners Association, Inc. and SPM Resorts, Inc. | Deposition | Common Pleas South Carolina | Beaufort County |

Exhibit B

## Tricia M. Yount, CPA, MAFF
## Deposition and Trial Testimony (previous 4 years)

| Date | Attorney | Case | Deposition or Trial | Type of Court | Location |
|---|---|---|---|---|---|
| 4/12/2016 | Graham Newman | David Rawls v. Royal Dunes Beach Villas at Port Royal resort Owners Association, Inc. and SPM Resorts, Inc. | Trial | Common Pleas South Carolina | Beaufort County |
| 4/28/2016 | David Lail | Patricia Danyeal Emory v. Grace Hospitality, LLC, JHM Enterprises, Inc., and JHM Hotels, LLC d/b/a Charleston Marriott | Damages Hearing | Common Pleas South Carolina | Charleston County |
| 6/7/2016 | Chris McCool | Patricia Holland v. Pan American Properties, LLC, d/b/a Dunes Village Resort, Pan American Vacations Management LLC, d/b/a Dunes Village Resort, Pan American Property Owners' Association, Inc., d/b/a Dunes Village Resort, and Hucks Pool Company, Inc. | Deposition | US District Court | Florence, S.C. |
| 6/29/2016 | Rutledge DuRant and Rutledge Young | Jesse Bass v. RFB, Inc. D/b/a Max & Henry's a/k/a Henry's Sports Bar, Frank Clyburn, Elite Security Services, LLC, and Cedrick Price | Deposition | US District Court | Charleston, S.C. |
| 8/19/2016 | Austin Crosby | Crystal Wickersham, as Personal Representative of the Estate of John Wickersham, Jr., v. Ford Motor Company | Trial | US District Court | Charleston, S.C. |
| 11/14/2016 | Shane Burroughs | David Gilyard v. Riley Forest Products, LLC, Christina Riley, d/b/a Riley Express 1, Isaiah Riley, d.b.a Riley Express 2, Riley and Sons Trucking, John Die, Tidewater Equipment Company, and Tigercat Industries, Inc. | Deposition | Common Pleas South Carolina | Allendale County |
| 4/7/2017 | Rutledge DuRant | Patrick Marshall and Janet Marshall v. Small Brothers, LLC; Berkeley Heating and Air Conditioning, Inc. | Deposition | Common Pleas South Carolina | Charleston County |
| 7/17/2017 | Hugh McAngus | Arden G. Carkhuff v. Kenneth G. Singleton and Williams Brothers Trucking, Inc. | Deposition | Common Pleas South Carolina | Colleton County |

## Tricia M. Yount, CPA, MAFF
### Deposition and Trial Testimony (previous 4 years)

| Date | Attorney | Case | Deposition or Trial | Type of Court | Location |
|---|---|---|---|---|---|
| 8/31/2017 | Mark Tinsley | William Edmund Reynolds, Jr. v. Christopher Kamil Waymer, individually and d/b/a Q.E. Trucking | Deposition | Common Pleas South Carolina | Colleton County |
| 8/31/2017 | Mark Tinsley | Angela D. Reynolds v. Christopher Kamil Waymer, individually and d/b/a Q.E. Trucking | Deposition | Common Pleas South Carolina | Colleton County |
| 10/19/2017 | Karl Twenge | David Allen Scheifele and Marilyn A. Scheifele v. William H. Crenshaw, Wilson Trucking Corp., and Yemassee Police Department | Deposition | Common Pleas South Carolina | Hampton County |
| 1/25/2018 | Rutledge Young | Mary Ellen Kristensen, individually and as PR of the Estate of Alfred Kristensen, MD v. Goodyear Dunlop Tires North America, LTD, a foreign corporation; The Goodyear Tire & Rubber Company, a foreign corporation; and Alliance Coach, Inc. D/B/A Alliance Coach – RV Sales and Service, a foreign corporation | Deposition | Common Pleas South Carolina | Colleton County |
| 1/29/2018 | Michael Jordan | Karen Kadra v. Quinton Wells and Shure Fire Protection, Inc. | Deposition | Common Pleas South Carolina | Berkeley County |
| 2/7/2018 | Austin Crosby | Patricia McKelvey, as Personal Representative of the Estate of Mary Elizabeth Pryor v. Hill Tire & Auto Center, Inc. | Deposition | Common Pleas South Carolina | Colleton County |
| 3/27/2018 | Shane Burroughs | John David Connell v. Clayton John Crout, Sunland Construction, Inc., and Foremost Pipeline Construction Company, Inc. | Deposition | Common Pleas South Carolina | Calhoun County |
| 4/10/2018 | William Barnes | Edwin Steve Patterson v. Robert H. Bowles | Deposition | Common Pleas South Carolina | Colleton County |
| 4/23/2018 | Chris Swett | Antoine Bostic, Individually and as Personal Representative of the Estate of Bertila Delora Boyd-Bostic v. 3M company, et al. | Deposition | Common Pleas South Carolina | Darlington County |
| 5/2/2018 | Charles Kinney | Melanie A. Pickler and William L. Pickler, Jr., v. Victoria K. Hughes | Deposition | Common Pleas South Carolina | Richland County |
| 5/14/2018 | Lee Cope | Allen Cooke and Stephanie Cooke v. S.C. Department of Transportation | Deposition | Common Pleas South Carolina | Charleston County |

Exhibit B

## Tricia M. Yount, CPA, MAFF
## Deposition and Trial Testimony (previous 4 years)

| Date | Attorney | Case | Deposition or Trial | Type of Court | Location |
|---|---|---|---|---|---|
| 6/5/2018 | Dan Settana | Laura Ruth Ash v. Rock Hill Industrial Piping & Fabrication, Inc. and David Lane Webb | Deposition | Common Pleas South Carolina | York County |
| 7/24/2018 | Fred Kuhn | Diane Marie Miles, as PR of the Estate of Hezekiah Miles, Jr. v. Bio-Medical Applications of S.C., Inc., d/b/a FMC Dialysis Services-Lowcountry Dialysis, et al. | Deposition | Common Pleas South Carolina | Beaufort County |
| 7/24/2018 | John David O'Neill | Patricia Ann Wright v. Hyster-Yale Group, Inc.; PNC Equipment Finance, LLC; and East Bay Street Holdings, Inc. | Deposition | US District Court | Greenville, SC |
| 8/22/2018 | John Radeck | Kailash Ragesh Pandya, Individually, and as PR for Estate of Ragesh Dahyalal Pandya, M.D., v. Jay Cox Construction, LLC and Jerry M. Cox | Deposition | Common Pleas South Carolina | Greenville County |
| 8/23/2018 | Rutledge Young | Patrick Marshall and Janet Marshall v. Small Brothers, LLC; Berkeley Heating and Air Conditioning, Inc. | Trial (via video deposition) | Common Pleas South Carolina | Charleston County |
| 9/26/2018 | John Radeck | Kailash Ragesh Pandya, Individually, and as PR for Estate of Ragesh Dahyalal Pandya, M.D., v. Jay Cox Construction, LLC and Jerry M. Cox | Trial | Common Pleas South Carolina | Greenville County |
| 10/8/2018 | William Barnes | Rodney McGlon v. The Union Tool Corp. | Deposition | US District Court | Orangeburg, S.C. |
| 10/24/2018 | Mark Tinsley | William Edmund Reynolds, Jr. v. Christopher Kamil Waymer, individually and d/b/a Q.E. Trucking | Damages Hearing | Common Pleas South Carolina | Colleton County |
| 10/24/2018 | Mark Tinsley | Angela D. Reynolds v. Christopher Kamil Waymer, individually and d/b/a Q.E. Trucking | Damages Hearing | Common Pleas South Carolina | Colleton County |
| 10/31/2018 | Mark Bringardner | Terence Weese v. Samantha Johnson | Deposition | Common Pleas South Carolina | Dorchester County |
| 11/27/2018 | Mark Bringardner | Terence Weese v. Samantha Johnson | Trial | Common Pleas South Carolina | Dorchester County |

Exhibit B

## Tricia M. Yount, CPA, MAFF
## Deposition and Trial Testimony (previous 4 years)

| Date | Attorney | Case | Deposition or Trial | Type of Court | Location |
|---|---|---|---|---|---|
| 12/12/2018 | Austin Crosby | Renika Pendergrass as Personal Representative for the Estate of Darrell R. Pendergrass, Jr., v. S.C. Department of Transportation, Archer Western Construction, LLC, and Reeves Construction Company, d/b/a Sloan Construction Company, Inc. | Deposition | Common Pleas South Carolina | Richland County |
| 2/14/2019 | Ron Talbert | Bobbie R. Cumbie v. Debra P. Owens | Deposition | Common Pleas South Carolina | Georgetown County |
| 2/21/2019 | Mark Tinsley | John Robert Sullivan v. S.C. Department of Transportation, CSX Transportation, Inc., and Southern Commercial Development, LLC | Deposition | Common Pleas South Carolina | Allendale County |
| 3/12/2019 | Ronnie Crosby | Jerry Jones as POA for Janice Jones v. Hyundai Motor America, Inc, Honda of Columbia, and Daniel Reed | Deposition | Common Pleas South Carolina | Orangeburg County |
| 3/15/2019 | Mark Tinsley & David Williams | Brandon Glover v. David Hill, JHOC, Inc., Earl Cuff and Willie Glover | Deposition | Common Pleas South Carolina | Orangeburg County |
| 4/18/2019 | Jennifer Sherbow | Isabella Farace and James Farace v. Heartland-Charleston of Hanahan, SC, LLC and Agape Senior, LLC | Deposition | Common Pleas South Carolina | Berkeley County |
| 4/25/2019 | Mark Tinsley & David Williams | Brandon Glover v. David Hill, JHOC, Inc., Earl Cuff and Willie Glover | Trial | Common Pleas South Carolina | Orangeburg County |
| 4/26/2019 | Brett Woron | Darrell Tyler and Charlene Tyler v. Tybee S. Stroman and Four Holes Sales Service, LLC | Trial (via video deposition) | Common Pleas South Carolina | Orangeburg County |
| 5/2/2019 | Danny Henderson | Lawrence R. Scanlon, III, as PR of the Estate of Lawrence Robert Scanlon, Jr., v. Hyundai Motor America, Inc, Hyundai Motor Company and Desmon T. Simmons | Deposition | Common Pleas South Carolina | Beaufort County |
| 5/8/2019 | Chris Swett | Beth-Anee F. Johnson and John W. Greenley, Jr., v. Johnson & Johnson, et al. | Deposition | Common Pleas South Carolina | Richland County |
| 5/14/2019 | Mark Chappell | Caroline Scoggins v. Kyle Arce Gann | Deposition | Common Pleas South Carolina | Richland County |

Page 5 of 6

Exhibit B

## Tricia M. Yount, CPA, MAFF
## Deposition and Trial Testimony (previous 4 years)

| Date | Attorney | Case | Deposition or Trial | Type of Court | Location |
|---|---|---|---|---|---|
| 5/15/2019 | William Applegate | Gernardo Cato, Jr. v. SC Dept. of Transportation, Archer Western Construction, LLC, and Reeves Construction Company, d/b/a Sloan Construction Company, Inc. | Deposition | Common Pleas South Carolina | Richland County |