ROBERT E. EILERS, M.D., FAAPM&R

Federal Court Testimony List

| | |
|---|---|
| 7/14 | Janice Farley, et al, vs. United States of America, Negligence, Concord, New Hampshire. Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbothan |
| 12/15 | Amaya Gullatte v. James M. Doyle, M.D., et al, Negligence Mecklenburg County, North Carolina. William K. Goldfarb, Monroe N.C. |
| 1/16 | Asiana Stanback, Tiara Johnson v. Vicksburg Healthcare LLC et al., Warren County, Mississippi. Negligence, Jack Beam, Chicago, Illinois. |
| 2/16 | Jonas Goad v. Hollingsworth Oil, et al, Negligence, Cheatham County Tennessee. Brandon Bass, Nashville, Tennessee |
| 9/16 | Robert Biggs III, vs. Grant Medical Center et al., Franklin County, Ohio David I. Shroyer, Columbus, Ohio. |
| 2/17 | Pugh vs Myer et al, Negligence, Trumbull County, Ohio. Poling Law, Columbus, Ohio |
| 6/17 | Ovalles vs. Sony Electronics Inc., Best Buy Co., Inc., Foxconn International, Inc., U S District Court, District of Rhode Island Shipman & Goodwin, Hartford Connecticut, Negligence |
| 7/18 | Reyna et al. vs. The Dawg House, Inc. DBA Chimy's Cerveceria et al., 237th District Court of Lubbock, Texas Glasheen, Valles & Inderman, Negligence |
| 8/18 | Klutts, et al. vs. Logan's Roadhouse, et al., District Court of Midland County, Texas. KMDC&H Attorneys, Negligence. |
| 5/19 | Burl C. Luce & Pamela H. Gomez vs. SGS North America, Inc., DBA SGS Petroleum Service Corp., & Billy Wayne Rogers, District Court, 94th Judicial District, Nueces County, Texas. Regan Sahadi Attorney, Negligence |


DEFENDANT'S EXHIBIT 3
R. Eilers
10-2-19 JK