# AGILITY ORTHOPAEDICS

Joshua P. Nadaud, M.D.  |  Jason D. Rabenold, M.D.

**PATIENT NAME:** KOENIG, RYAN            **MR#:** 72998560
                                          **DOB:**
**SURGEON:** JOSHUA P. NADAUD, M.D.       **DATE:** 02/26/2020

To Whom It May Concern:

I had the opportunity to treat Ryan Koenig and the conditions related to a pedestrian versus car collision that occurred in December 2017. The patient was hit by car while in South Carolina, sustaining a fracture to his left ankle and left tibial plateau. The left ankle underwent open reduction and internal fixation of the left medial malleolus on 12/11/2017. The patient was treated nonoperatively with regard to the left tibial plateau fracture. I evaluated the patient after the surgery was completed and in fact first elevated him on 01/10/2018. At that time, I reviewed medical records and determined that the tibial plateau fracture would be treated nonoperatively. An MRI of the left knee was reviewed, which demonstrated 2-3 mm of displacement of the lateral condyle of the tibial plateau that was fractured. There was also an OCD lesion in the lateral femoral condyle anteriorly as well.

The patient was treated with a period of nonweightbearing and a course of physical therapy. He continued to make gains and continued to improve.

The following statements are within a reasonable degree of medical certainty:


I last evaluated the patient on 01/28/2020, at which time he had intermittent pain still present in the left knee and left ankle. He reported knee pain that is worse in the winter. He reported increased pain and stiffness as well during the winter months. He also noted his right knee was causing him pain secondary to compensation. At that time, I evaluated the left ankle and left knee. X-rays were obtained to the left ankle, which demonstrated a well-aligned medial malleolus, but it did demonstrate screws in reasonable position. X-rays were obtained to the left knee, which demonstrated what appeared to be arthritic changes in the lateral compartment, demonstrated by relative sharpening and an arthritic appearance to the left lateral tibial plateau.


At that time, I diagnosed the patient with posttraumatic arthritis of the left ankle with a history of tibial plateau fracture and medial malleolus ORIF. With regard to the specifics of future surgeries with regard to the left ankle, this worker may require a removal of hardware of the ankle. The cost of removal of the hardware in the ankle is approximately $14,650. This includes the surgeon's fee, surgical assistance fee, anesthesia fee, and facility fee.

FEB 2 7 2020

Based on the fact that the patient sustained a medial malleolus fracture, within a reasonable degree of medical certainty, he will require further surgery on the left ankle including ankle replacement. Based on the patient's young age and the fact that an ankle replacement last 10 to 15 years, he may require multiple ankle replacements over the course of his lifetime. The cost for a total ankle replacement is approximately $40,000.

Additional ankle replacements that will be required as the initial replacement deteriorated would be in excess of $40,000 based on the fact that the surgical implants are more expensive in the revision setting.

Based upon the patient's objective findings of knee pain and arthritic changes visualized on xrays of the knee that directly related to the trauma from the crash on 12/05/2017, within a reasonable degree of medical certainty, he will require future treatment. He will require cortisone injections, which may be given every six months indefinitely. The cost of one cortisone injection is approximately $1330.

Based on the patient's radiographic findings, the cortisone injections may help. The patient temporarily, it is my belief with a reasonable medical certainty that he will require a total knee replacement at some point. The cost of total knee replacement is approximately $72,000. This includes the facility fee for the hospital, the implant charge, the surgeon's fee, the surgical assistant fee, and 18 visits of physical therarpy at approximately $150 per session.

Based on the patient's very young age and the fact that total knee replacements lasts approximately 12 to 15 years, he will likely require of multiple knee replacements every 12 to 15 years, the cost of which would be significantly higher than the initial knee replacement secondary to fact that the implant cost is higher for revision knee replacements.

It is my belief within a reasonable degree of medical certainty that currently this patient has demonstrated advanced arthritic changes in the left knee as a result of the tibial plateau fracture that he sustained at the time of the crash that occurred on 12/05/2017.

```
-----------Begin Electronic Signature--------
Signed By: Joshua P. Nadaud, M.D.
On Date: 02/27/20 9:34 +00:00
------------End Electronic Signature---------
```

Joshua P. Nadaud, M.D.

JOB#: 61712821     JPN: med: gsl/prk          DD: 02/26/2020     DT: 02/27/2020