```
                                                           Page 1

 1              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
 2                 CHARLESTON DIVISION
              CASE NO.: 2:18-cv-03599-DCN
 3

 4

 5   RYAN KOENIG and KELLIE EVERETT,

 6
             Plaintiffs,
 7
     vs.
 8

     EDWARD JOHNSON,
 9
             Defendant.
10   _____/

11
                              Veritext Legal Solutions
12                            Premier Executive Suites
                              1415 Panther Lane
13                            Naples, Florida 34109
                              Wednesday, October 2, 2019
14                            10:00 a.m. - 1:00 p.m.

15
16       DEPOSITION OF ROBERT EILERS, FAAPM&R

17
18      Taken on behalf of the Defendant before
19   Jacqueline A. Komin, Registered Professional
20   Reporter, Florida Professional Reporter and Notary
21   Public in and for the State of Florida at Large,
22   pursuant to Defendant's Notice of Taking Deposition
23   in the above cause.
24
25
```

1  following with Mr. Morris.  And he's seeing a
2  psychologist in St. Louis, if I'm correct, from my
3  recollection.
4       Q.   You've not reviewed any records from the
5  ENT, Dr. O'Bert?
6       A.   No.  I mean, he had a surgery, and he did
7  improve from that.  They've been happy with what's
8  happened there.  But as far as I know, that's
9  improved.  I'm not sure what the long-term outcome
10 would be.
11           He's the otolaryngologist, and he'd be
12 able to address, you know, would he need to redo
13 surgery.  I can't address what the long-term
14 sequella are going to be with that.
15      Q.   You haven't reviewed those records?
16      A.   As far as I know, I have not.
17      Q.   You have not reviewed any records from
18 Agility Orthopedics?
19      A.   I don't believe so.
20      Q.   You've never been given your records from
21 Barnes-Jewish Hospital?
22      A.   Other than I think the MRI -- no, I think
23 the EEG was there.  I don't know if there are other
24 records.  He was getting therapy back in St. Louis
25 when I saw him initially, and then that ended, but I